UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 07-cr-00235-MSK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

RAYMOND ACE ORTIZ,

        Defendant.

_____

## ORDER RESETTING MOTIONS HEARING
_____

THIS MATTER comes before the Court *sua sponte* for resetting of the motions hearing pursuant to the Court's Order entered October 1, 2007 **(#18)**.  Accordingly,

**IT IS ORDERED** that the motions hearing is reset to **October 25, 2007, at 8:30 a.m. No further continuances will be granted**.

DATED this 1st day of October, 2007.

                                            **BY THE COURT:**

                                            *Marcia S. Krieger* (signature)

                                            Marcia S. Krieger
                                            United States District Judge