UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 07-cr-00235-MSK

UNITED STATES OF AMERICA,

      Plaintiff,

v.

RAYMOND ACE ORTIZ,

      Defendant.

---

## ORDER AND NOTICE OF CHANGE OF PLEA HEARING

---

THIS MATTER comes before the Court following the filing of a Notice of Disposition **(#20)** on October 10, 2007, by Defendant. The Court construes this Notice as a motion to change his/her plea and to have the Court consider the terms of the parties' plea agreement.

**IT IS THEREFORE ORDERED** that:

1. Pursuant to 18 U.S.C. § 3161(h)(1)(F) and (I), the speedy trial clock is tolled pending determination of those matters.

2. A Change of Plea hearing is set for **Monday, December 3, 2007,** at **3:15 p.m.** in the United States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

3. The motions hearing set for October 25, 2007, the final trial preparation conference set for November 7, 2007, and the November 13, 2007, trial date are **VACATED**.

DATED this 11th day of October, 2007.

**BY THE COURT:**

Marcia S. Krieger
United States District Judge